■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RENE PETERSON, Appellant, v PATRICIA E. LECONEY, as Superintendent of Cape Vincent Correctional Facility, Respondent. [996 NYS2d 440]—

Appeal from a judgment of the Supreme Court, Jefferson County (James P. McClusky, J.), entered September 24, 2012 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Petitioner appeals from a judgment that denied his petition for a writ of habeas corpus. The appeal has been rendered moot by petitioner's release to parole supervision (*see People ex rel. Baron v New York State Dept. of Corrections*, 94 AD3d 1410, 1410 [2012], *lv denied* 19 NY3d 807 [2012]), and the exception to the mootness doctrine does not apply (*see id.*; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Under the circumstances of this case, we decline to exercise our power to convert the habeas corpus proceeding into

a CPLR article 78 proceeding (see *People ex rel. Keyes v Khahaifa*, 101 AD3d 1665, 1665 [2012], *lv denied* 20 NY3d 862 [2013]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.